IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JOHN R. HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-CV-090 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, defendant's motion for summary judgment [doc. 18] is **GRANTED**, and plaintiff's motion for judgment on the pleadings [doc. 14] is **DENIED**. This case is **DISMISSED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
  PATRICIA L. McNUTT
   CLERK OF COURT